# EXHIBIT A

State of Illinois            )
                             ) ss
County of St. Clair          )

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY
## IN SUPPORT OF COMPLAINT FOR FORFEITURE

I, L. Adam Latham, do hereby depose and declare under penalty of perjury the following:

1. At all times relevant herein, I have been an Inspector with the United States Postal Inspection Service. The contents of this Declaration are based on information provided to me during the course of my investigation from participants in the criminal activity, from other witnesses, and from other law enforcement officers.

2. On November 20, 2013, Olayinka Ilumsa SUNMOLA, a Nigerian national, was indicted in the Southern District of Illinois in Criminal Case No. 13-30272-DRH and an arrest warrant was issued. The Indictment alleged that between March 2008 and February 2013, in St. Clair, Bond, Fayette, and Madison Counties, in the Southern District of Illinois and elsewhere, operating from the Republic of South Africa and, upon information and belief, the Federal Republic of Nigeria, SUNMOLA, together with others, engaged in an online romance scam targeting middle-aged women throughout the United States, including the Southern District of Illinois.

3. To perpetrate the scam, SUNMOLA created several online profiles by misappropriating the photographs of real middle-aged men, many of them appearing in the uniform of the U.S. Armed Forces, without their consent and without lawful authority. SUNMOLA spun a deceiving web of lies to create an illusion that he was either an active duty U.S. military officer or a well-educated, successful, and affluent professional who had recently retired from the military. In

most cases he portrayed himself to be a widower whose wife had tragically died either of cancer or in an automobile accident. SUNMOLA often claimed to have a minor daughter or an adult son and pretended to be an American from Mascoutah (St. Clair County), Illinois; Philadelphia, Pennsylvania; San Diego, California; Chicago, Illinois; Dallas, Texas; or somewhere else. Although SUNMOLA is Nigerian, he represented himself at various times to be of Greek, Italian, and French extraction.

4. Over the course of several months, SUNMOLA attempted to cultivate a romantic relationship with each victim. SUNMOLA sent the victims roses, stuffed animals, greeting cards and candy. He made his victims believe that he had a deep romantic interest in them, intending that they would develop romantic feelings for him. His purpose was to lead each of his victims to believe that she was his one true love, his sole love interest, and the woman with whom he intended to spend the rest of his life. SUNMOLA played upon each victim's romantic feelings and vulnerability and then manipulated and groomed them for the purpose of eventually bilking them of their cash, their assets, and their credit worthiness. In the end, SUNMOLA would leave them feeling jilted, robbed of not only their property, but also their dignity and self-respect.

5. One of SUNMOLA's online personas, "Elias," despite being an experienced world traveler, supposedly found himself in South Africa without credit cards that were accepted there. He enlisted the help of Jane Doe 1 (Jane 1). SUNMOLA (acting as "Elias") proposed to send Jane 1 checks (which would turn out to be counterfeit), have her cash the checks and then wire transfer the proceeds to him in South Africa. While Jane 1 and "Elias" were working out the mechanics of turning "Elias's" checks into cash, Jane 1 received a shipment of laptop computers at Jane's school. The electronics had been ordered by "Elias" from a retail store in the United States. Unknown to Jane 1, payment for the electronics had been made by SUNMOLA, or his confederates, using stolen credit card numbers. This was the first of many such shipments of electronics which "Elias" had

2

Jane 1 forward to him in South Africa.

6. "Elias" began referring to Jane 1 as "Mrs. Dyess." Having persuaded her to obtain a new credit card account, he asked her to obtain cash advances from the credit card and wire the money to him in South Africa. As the credit card balance increased, "Elias" promised to pay it off. He actually did pay it off on several occasions, but each time he did so he used a hacked bank account at a California university. Eventually the bank discovered the fraud and reversed the payments on Jane's credit card bill, leaving her with thousands of dollars of credit card debt. "Elias" continued to manufacture money emergencies and continued to induce Jane 1 to obtain the maximum number of cash advances in the maximum amounts from her credit card and send the cash to him. Electronics continued to be delivered to Jane 1 and Jane 1 continued to re-ship them to South Africa, at the request of "Elias." All of the electronics sent to Jane 1 were later determined to be purchased with stolen credit cards.

7. "Elias" continuously badgered Jane 1 to acquire computer equipment for him. He would contact electronics stores in the St. Louis metropolitan area to determine what they had in stock and then would convince Jane 1, at her own expense, to purchase this equipment and ship it to him in South Africa. By manipulating Jane 1 to obtain both cash advances on her credit cards and computer equipment purchases on his behalf, he sought to squeeze every bit of money that he could from her and put her in the maximum amount of debt her credit rating would sustain.

8. Jane Doe 2 (Jane 2) is a resident of St. Charles County, Missouri. Sometime in the fall of 2010, Jane 2 met "Elias Dyess" on the dating website Plenty-of-Fish. The story that "Elias" presented was that he lived in Mascoutah, Illinois, and was an adopted child who grew up in Greece. Supposedly retired from the United States Navy, he said that he was currently working in

Johannesburg, South Africa, on a U.S. government contract.

9. Over the period of time that SUNMOLA ("Elias") maintained an online relationship with Jane 2, he sought to create the illusion that he had genuine romantic feelings for her. He did this through many e-mails, instant messages, and other forms of electronic communication seeking to manipulate her to believe the fantasy he had fabricated as her one true love.

10. Sometime during the online relationship, "Elias" asked for her help shipping needed electronics to his "crew" in South Africa. Parcels from the Apple Store began arriving at her home which she then re-shipped to "Elias" in South Africa. At "Elias'" direction, Jane 2 shipped the equipment to a South African address in care of ILUMSA SUNMOLA, identified by "Elias" as a member of his "crew."

11. SUNMOLA began a relationship with Jane Doe 3 by representing himself as "Henry Harrell" in August 2012 on the dating website Match.com. The story presented for "Harrell" was that he was a white male, around 60 years old, divorced, with a college degree in computers and a 20 year old son. Despite his degree in computers, "Harrell" portrayed himself to be a supervisor of a crew that repaired roads. He described his work as making roads "look nice" and "not cause accidents."

12. "Harrell," it was claimed, was the son of an Italian mother and a Spanish father, both of whom died when he was a teenager. Jane 3 eventually spoke to him by phone, however, and noted that his accent did not sound either Italian or Greek. When pressed on this detail, Harrell's response was that his ex-wife came at him with a kitchen knife and cut his throat, perhaps explaining both his supposed divorce as well as his strange accent.

13. "Harrell" was very lonely and did not have anyone in his life except Jane 3, he said. He had become isolated and depressed, in part because he spent almost all of his time praying, reading the Bible and going to Mass.

14. Over the period of time that SUNMOLA maintained an online relationship with Jane 3, he sought to create the illusion that he had genuine romantic feelings for her. He did this through many e-mails, instant messages, and other forms of electronic communication seeking to manipulate her to believe the fantasy he had fabricated as her one true love.

15. "Harrell" eventually started asking Jane 3 for money. Though traveling and working in a foreign country, he claimed not to have a credit card. Jane 3 suggested that he get travelers checks from his company, on whose business he was traveling, to provide the means to support him on his company-related work in South Africa. When "Harrell" begged her to send money to him in South Africa because he was "hungry" and "sick," Jane 3 relented and sent him $500.

16. "Harrell" expressed surprise at Jane's unwillingness to send him larger amounts of money given the fact that "Harrell" could be trusted, as he had previously described himself and his parents as "religious" people. When Jane 3 continued to be reluctant to send more money, he then pitched her on a supposedly risk-free financial arrangement whereby his company would make payments on her credit card for services "Harrell" had performed in South Africa. Under this arrangement, Jane 3 could withdraw the amount loaded on her credit card and then wire transfer that money to "Harrell" in South Africa. To get started, all that Jane 3 would need to do was give "Harrell" her credit card number, her credit limit, and other related information regarding her credit card account. When Jane 3 told "Harrell" that this didn't make sense to her, "Harrell" put a

company employee, "Robert Tudors," on the phone to further explain the arrangement to her. Tudors' proffered explanations didn't make any more sense to her than "Harrell's." Having failed at that attempt, "Harrell" then told Jane 3 that she could help him generate cash flow by purchasing Apple computers and shipping them to South Africa, where they could be sold for a profit. The income would keep him afloat and presumably could be used to pay back the money he had already "borrowed" from her. This she agreed to and made purchases of five computers and three iPads. The iPads were shipped to ILUMSA SUNMOLA, who was represented to be the "hotel manager" and a person "Harrell" claimed was helping him in South Africa. The computer equipment was sent to another individual, S.D.G., in Pretoria, South Africa. Promises that she would be reimbursed the day after the equipment was sent were, of course, never honored.

17.     Having had no further contact from "Harrell", out of the blue, "O.A.," representing himself to be from "Stealth Investigative," contacted Jane 3 about "Harrell." O.A. broke the news that "Harrell" was not who he had represented himself to be but was instead, as characterized by O.A., a 25 year old black African male wanted on criminal charges in South Africa. According to O.A., although South African authorities had not yet been able to arrest this imposter, nevertheless, authorities had successfully recovered the computer equipment that Jane 3 had purchased and shipped to South Africa. The South African authorities were prepared to return the property to her upon payment of a legally required "customs" fee. Upon payment of $3,000 in "customs" payments, which she paid by Western Union, Jane 3 learned from O.A. that there had been a development which meant that the property still couldn't be released until she paid an additional $1,000 fee. Realizing that she had been scammed twice by the same group of thieves, Jane 3 then decided to pay no more and never heard from Mr. Harrell or O.A. again.

18. Jane Doe 4 (Jane 4) is a resident of St. Louis County, Missouri. Sometime in 2009, she met SUNMONLA, who represented himself as "Adonis Dee," on the dating website eHarmony.com. According to the narrative developed for "Dee," he was from Mascoutah, Illinois, a Colonel in the United States Army, in military intelligence, and deployed to South Africa on a "special mission." He couldn't tell Jane 3 where in South Africa he was located because that information was classified. There were photos of "Dee" on eHarmony.com. The photos depicted "Dee" at a restaurant, at a slot machine in a casino, and in a U.S. military uniform; several were of a more personal nature. Dee's cell phone number had a 618 area code.

19. Dee's story was that he was originally from Athens, Greece, was orphaned and adopted at the age of 13 by a couple from Mascoutah, Illinois. A widowed father of a six year old girl named "Kim," "Dee" claimed to have lost his wife to a fatal car accident nearly six years earlier, when Kim was only 5 months old. "Dee" told Jane 4 that he was raising Kim with help from his deceased wife's parents, who were taking care of her while he was on his special mission.

20. "Dee" explained that he was set to retire from the Army soon and was ready to move forward with his life and find the "perfect woman" to share it with. By cultivating an on line relationship with Jane 4, "Dee" attempted to convince her that she was that woman.

21. Over the period of time that SUNMOLA maintained an online relationship with Jane 4, he sought to create the illusion that he had genuine romantic feelings for her. He did this through many e-mails, instant messages, and other forms of electronic communication, seeking to manipulate her into believing that the fictitious "Dee" was her one true love.

22. Despite his supposed status as a high-ranking officer with the United States military who had been deployed to South Africa, "Dee" claimed to be having short-term money problems. He gave differing explanations as to the source of these problems, including the fact that foreigners

in South Africa were not allowed to use credit cards and that U.S. dollars were not accepted anywhere in South Africa. While "Dee" was not permitted to disclose his location in South Africa because the location was a secret, he told Jane 4 that needed to take her into his confidence and disclosed that he was stationed in Johannesburg. He pretended to be distraught and pleaded with Jane 4 to send him money. The money would be paid back with interest, he claimed. When Jane 4 responded that she had only a few hundred dollars to her name, "Dee" asked her to send it to him, and she did.

23. When asked for more money, Jane 4 disclosed the fact that her credit cards were maxed out. This was not a problem, "Dee" said, because he could pay down her credit card balances and she could then run up additional debt by obtaining and sending him cash advances. "Dee" actually did pay down her credit card balances, but he did so by providing stolen funds. When this was eventually discovered, the banks reversed the credits to her credit cards and Jane 4 was left owing substantially more than her credit limits.

24. Meanwhile, Jane 4 acquiesced and obtained cash advances, which she then wired to South Africa using MoneyGram outlets in St. Louis County. At the request of "Dee," the wire transfers were made to ILUMSA SUNMOLA-someone "Dee" told her worked at the front desk of his hotel.

25. "Dee" convinced Jane 4 to go to the Best Buy store in South St. Louis County and pick up 5 or 6 laptop computers and ship them to him in South Africa. He also persuaded Jane 4 to go to the Best Buy store at Mid Rivers Mall, in St. Peters, Missouri, to pick up 10 iPod Touch units. In both instances, "Dee" had already paid for the merchandise with what later was discovered to be stolen credit card numbers. The computer equipment, he told her, was needed to complete his military assignment.

26. At the request of the United States, the Westminster Magistrates Court issued a warrant for SUNMOLA on July 9, 2014. Police discovered that SUNMOLA was in the United Kingdom but was due to travel back to South Africa imminently. SUNMOLA was booked to travel on a flight from London Heathrow on July 10, 2014. SUNMOLA did not arrive at the airport for the July 10, 2014 flight; however he re-booked his ticket for August 14, 2014. The police attempted to locate SUNMOLA based on his previous travel history to the United Kingdom. SUNMOLA was not located at any of his former temporary residences.

27. On August 8, 2014, police learned that SUNMOLA had again changed his flight plans and re-booked his flight back to Johannesburg, South Africa for August 9, 2014. SUNMOLA's flight was scheduled to leave London Heathrow at 9:20 p.m.

28. On August 9, 2014, police arrived at London Heathrow Terminal 5 and eventually located SUNMOLA. Police officers introduced themselves and provided SUNMOLA with the warrant. SUNMOLA was arrested and held in police custody to attend Westminster Magistrates Court on August 11, 2014.

29. While in custody, police search SUNMOLA and his four pieces of luggage and located the following items:

    a. One black Apple IPad in case, bearing no visible serial number;
    b. One white Apple IPhone in green case, bearing no visible serial number;
    c. One Samsung smartphone in brown leather look case, bearing no visible serial number;
    d. One Blackberry in black case, bearing no visible serial number;
    e. One white Samsung smartphone, bearing no visible serial number;
    f. One blue IPod, bearing no visible serial number;
    g. 2 Sandisk Cruzer web sticks and one key, bearing no visible serial number;
    h. Miscellaneous large and micro sim cards;
    i. One Seagate hard disk, bearing serial number NA3256GX;
    j. One Vonage router, bearing serial number 23xyvd23m1104279;
    k. One Netgear router, bearing serial number 1FY13634002D0;

    l.    One Ooma router, bearing serial number MS1338K14485;
    m.   One IPad mini, bearing no visible serial number;
    n.    One Apple MacBook in grey soft case, bearing no visible serial number;
    o.    One Acer laptop, bearing no visible serial number; and
    p.    5,255 pounds of British currency.

30. On March 2, 2016, SUNMOLA plead guilty to Conspiracy, Mail Fraud, Wire Fraud, and Interstate Extortion. During SUNMOLA's plea, SUNMOLA admitted to the allegations in the criminal indictment. SUNMOLA further admitted to coercing numerous women into purchasing and/or sending him currency and various electronics.

31. Declarant believes, as a result of the foregoing, that the 5,255 British pounds of currency constitutes currency which was involved in or derived from proceeds of violations of Title 18, United States Code, Section 1341 Mail Fraud, and said funds are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

32. Declarant further believes, as a result of the foregoing, that the above-described miscellaneous computer and electronic equipment constitutes or was derived from proceeds of violations of Title 18, United States Code, Section 1341 Mail Fraud, and said funds are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

Executed on this 25th day of April, 2016.

L. ADAM LATHAM
Inspector
United States Postal Inspection Service